IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DON W. DUNBAR<br><br>Plaintiff,<br><br>vs.<br><br>CACHE COUNTY INC. et al.<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br><br>Case No. 1:13-cv-133<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul Warner on October 10, 2013, recommending (1) that plaintiff's motion to proceed under the in forma pauperis ("IFP") statute be denied.

The parties were notified of their right to file an objection within fourteen (14) days after receiving the Report and Recommendation. Neither party has filed such an objection.

Having reviewed all relevant materials, the Court ADOPTS the reasoning set forth Judge Warner's Report and Recommendation. Accordingly, the Court hereby DENIES plaintiff's motion to proceed under the IFP statute. (Dkt. No. 1)

IT IS SO ORDERED.

DATED this 15th day of November, 2013.

_____
Dee Benson
United States District Judge